**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Hughes Contracting Industries LTD** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **13-3644570** |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **391 Saw Mill River Road**<br>**Yonkers, NY 10701**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Westchester**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)    _____

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **Hughes Contracting Industries LTD**                                   Case number (*if known*) _____
           <sub>Name</sub>

**7.    Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor   **Hughes Contracting Industries LTD**                                           Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Hughes Contracting Industries LTD**                                                Case number (*if known*)
          Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 31, 2016**
               MM / DD / YYYY

**X** **/s/ Anthony Russo**                                        **Anthony Russo**
Signature of authorized representative of debtor                   Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Anne Penachio**                          Date    **March 31, 2016**
Signature of attorney for debtor                             MM / DD / YYYY

**Anne Penachio**
Printed name

**Penachio Malara, LLP**
Firm name

**235 Main Street, 6th Floor**
**White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone    **914-946-2889**    Email address    **FMalara@PMLawLLP.com**

Bar number and State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hughes Contracting Industries LTD** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **391 Saw Mill Realty 391 Saw Mill River Road Yonkers, NY 10701** | | **Rent** | | | | **$200,000.00** |
| **A.P.O.W. Towing LLC 844 Nepperhan Avenue Yonkers, NY 10703** | | **Trade debt** | | | | **$1,583.36** |
| **All-Weld Products Corp. 102 Fairview Park Drive Elmsford, NY 10523** | | **Trade debt** | | | | **$2,904.39** |
| **American Compressed Gases 834 Nepperhan Avenue Yonkers, NY 10703** | | **Trade debt** | | | | **$10,735.71** |
| **Bank of America PO Box 15019 Wilmington, DE 19886-5019** | | **Credit card purchases** | | | | **$122,760.00** |
| **Bushwick** | | | | | | **$270,584.12** |
| **Chase Cardmember Service PO BOX 15153 Wilmington, DE 19886-5153** | | **Credit card purchases** | | | | **$21,916.82** |
| **Con Edison JAF Station PO Box 1702 New York, NY 10116-1702** | | **Utilities** | | | | **$2,945.25** |
| **Local 32BJ SEIU 25 West 18th Street New York, NY 10011** | | **Union** | | | | **$1,265.00** |

Debtor    **Hughes Contracting Industries LTD**                                    Case number *(if known)*  _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Metals USA 2400 East Commercial Blvd. Fort Lauderdale, FL 33308** | | **Trade debt** | | | | **$19,324.93** |
| **Mobil 5959 Las Colinas Blvd. Irving, TX 75039** | | | | | | **$6,447.35** |
| **New Palace Paint & Home Center 534 East 180th Street Bronx, NY 10457** | | **Trade debt** | | | | **$3,168.89** |
| **SEIU 32BJ North Funds 25 West 18th Street New York, NY 10011** | | **Union** | | | | **$41,503.35** |
| **Selective Insurance Company 565 Taxter Road Suite 190 Elmsford, NY 10523** | | | | | | **$34,492.00** |
| **Service Sign Erectors, Inc. 120 E. 131st Street New York, NY 10037** | | **Trade debt** | | | | **$3,742.00** |
| **Skweirsky Alpert & Bressler 462 Fashion Avenue Suite 23 New York, NY 10018** | | | | | | **$18,600.00** |
| **Trivella Forte & Smith 1311 Mamaroneck Avenue Suite 170 White Plains, NY 10605** | | | | | | **$6,562.50** |
| **V&S Galvanizing 1190 Amboy Avenue Perth Amboy, NJ 08861** | | **Trade debt** | | | | **$4,684.75** |
| **Verizon Wireless 140 West Street New York, NY 10013** | | **Utilities** | | | | **$2,343.28** |
| **Yarde Metals 603 Murray Road East Hanover, NJ 07936** | | **Trade debt** | | | | **$3,399.47** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

.

391 SAW MILL REALTY
391 SAW MILL RIVER ROAD
YONKERS, NY 10701


A & S STEEL CONTRACTORS



A.P.O.W. TOWING LLC
844 NEPPERHAN AVENUE
YONKERS, NY 10703


ALL-WELD PRODUCTS CORP.
102 FAIRVIEW PARK DRIVE
ELMSFORD, NY 10523


AMERICAN COMPRESSED GASES
834 NEPPERHAN AVENUE
YONKERS, NY 10703


ARESCO INC.
304 W. JOHN ST.
HICKSVILLE, NY 11801


BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE 19886-5019


BMW FINANCIAL SERVICES
PO BOX 78103
PHOENIX, AZ 85062


BUSHWICK



CAPITAL ONE
PO BOX 70884
CHARLOTTE, NC 28272-0884


CHASE CARDMEMBER SERVICE
PO BOX 15153
WILMINGTON, DE 19886-5153


CITY CARTING

CON EDISON
JAF STATION
PO BOX 1702
NEW YORK, NY 10116-1702


COSTCO WHOLESALE
PO BOX 17298
BALTIMORE, MD 21297-1298


FERRO RAM


GUARANTEED SERVICE ALWAYS
1126 EAST 214TH STREET
BRONX, NY 10469


HILTI, INC.


HOME DEPOT
P.O. BOX 182676
COLUMBUS, OH 43228


JOHN DURSO TRUCKING
132 LESTER DRIVE
TAPPAN, NY 10983


LANLINE COMMUNICATION
48 MAMARONECK AVENUE
SUITE #32
WHITE PLAINS, NY 10601


LOCAL 32BJ SEIU
25 WEST 18TH STREET
NEW YORK, NY 10011


METALS USA
2400 EAST COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33308


MOBIL
5959 LAS COLINAS BLVD.
IRVING, TX 75039

NEW PALACE PAINT & HOME CENTER
534 EAST 180TH STREET
BRONX, NY 10457


NYS DEPT OF TAXATION & FINANCE
W A HARRIMAN STATE CAMPUS
ALBANY, NY 12227-0001


OFFICE OF ROMEN LIK PE PC
213 COLONIAL AVENUE
SADDLE BROOK, NJ 07663


OPTIMUM
200 JERICHO QUADRANGLE
JERICHO, NY 11753


POLAND SPRING
P.O. BOX 856192
LOUISVILLE, KY 40285


PONCE DE LEON FEDERAL BANK
2244 WESTCHESTER AVENUE
BRONX, NY 10462


RECCO NELSON


ROCKLEDGE SCAFFOLD CORP.
808 NEPPERHAN AVENUE
YONKERS, NY 10703


SALERNO CLUB


SAMS CLUB
2101 S.E. 25TH STREET
BENTONVILLE, AR 72712


SEIU 32BJ NORTH FUNDS
25 WEST 18TH STREET
NEW YORK, NY 10011

SELECTIVE INSURANCE COMPANY
565 TAXTER ROAD
SUITE 190
ELMSFORD, NY 10523


SERVICE SIGN ERECTORS, INC.
120 E. 131ST STREET
NEW YORK, NY 10037


SKWEIRSKY ALPERT & BRESSLER
462 FASHION AVENUE
SUITE 23
NEW YORK, NY 10018


TANNER BOLT AND NUT
4302 GLENWOOD ROAD
BROOKLYN, NY 11210


TRIVELLA FORTE & SMITH
1311 MAMARONECK AVENUE
SUITE 170
WHITE PLAINS, NY 10605


UPS
55 GLENLAKE PARKWAY
ATLANTA, GA 30328


US DIAMOND, INC.
2432 44TH STREET
ASTORIA, NY 11103


V&S GALVANIZING
1190 AMBOY AVENUE
PERTH AMBOY, NJ 08861


VERIZON WIRELESS
140 WEST STREET
NEW YORK, NY 10013


YARDE METALS
603 MURRAY ROAD
EAST HANOVER, NJ 07936

# United States Bankruptcy Court
## Southern District of New York

In re   **Hughes Contracting Industries LTD**

_____
Debtor(s)

Case No. _____

Chapter   **11**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hughes Contracting Industries LTD**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 31, 2016**
_____
Date

**/s/ Anne Penachio**
_____
**Anne Penachio**
Signature of Attorney or Litigant
Counsel for   **Hughes Contracting Industries LTD**
**Penachio Malara, LLP**
**235 Main Street, 6th Floor**
**White Plains, NY 10601**
**914-946-2889 Fax:914-946-2882**
**FMalara@PMLawLLP.com**